UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | |
|---|---|
| **BIG BROWARD 70 LLC**<br><br>   *Plaintiff,*<br>v.<br><br>**WINDSOR-MOUNT JOY MUTUAL INSURANCE COMPANY**<br><br>   *Defendant* | **CIVIL ACTION**<br><br>**NO. 1:19-CV-03071** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Big Broward 70 LLC, and Defendant, Windsor-Mount Joy Mutual Insurance Company, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Date: December 4, 2020              Respectfully submitted,

                                    FROST LAW

                                         */s/ Christopher D. Buck*
                                    Christopher D. Buck (Bar No. 012441)
                                    FROST LAW
                                    839 Bestgate Road, Suite 400
                                    Annapolis, Maryland 21401
                                    Telephone:   410-497-5947
                                    Facsimile:   888-235-8405
                                    Email:       chris.buck@frosttaxlaw.com

                                    *Counsel for Plaintiff*
                                    *Big Broward 70, LLC*

/s/ <em>S. Joseph Cardile</em>

S. Joseph Cardile (Bar No. 1048861)
Thomas, Thomas & Hafer LLP
Owings Mills Corporate Campus
100665 Red Run Blvd., Suite 130
Owings Mills, MD 21117
Telephone:   443-641-0574
Facsimile:    410-484-2967
Email:          scardile@tthlaw.com

*Counsel for Defendant*
*Windsor-Mount Joy Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **Joint Stipulation of Dismissal With Prejudice** was electronically filed on this **4th day of December, 2020**, with the Clerk of the Court using the CM/ECF System, which shall give notice of the electronic filing to and serve all counsel of record.

/s/ <em>Christopher D. Buck</em>

Christopher D. Buck